IN THE UNITED STATED DISTRICT COURT FOR THE

_Middle_ DISTRICT of _Pennsylvania_

---

I WILFREDO A. CORDERO SANCHEZ ) MOTION IN SUPPORT OF WRIT
INS N°. A24-493 498 )
      Petitioner ) OF FEDERAL HABEAS CORPUS
)
Vs. ) CASE N° CV01-0698
)
THE INS DISTRICT DIRECTOR FOR ) FILED
_Philadelphia, PA. 19130_ ) SCRANTON
      Respondent ) APR 2 0 2001
---

PER ____ KM/____
    DEPUTY CLERK

TO THE HONORABLE JUDGE OF THE _Middle_ DISTRICT COURT :

Come WILFREDO A. CORDERO SANCHEZ, INS N°. A24-493 498, Pro Se litigant of the above litled action to seek a Motion before this honorable court in support of his petition for writ of Federal Habeas Corpus. It is the Petitioner's honest contention that He was and still is being unlawfully incarcerated within The United States penal system contrary to the Laws, Rules and Practices of The United States Constitution, by and through which all of the established Rights and Protections have been duly acknowled.

    PETITIONER hereby sets for his reasons as to why his claim of unlawful incarceration is so long :

    1) Petitioner Wilfredo A. Cordero Sanchez, INS N°. A24-493 498, LAWFULLY entered THE UNITED STATES under section (207) of the INA act with admission for permanent residence as a refugee, (SEE Attached "ENTRY")

1 of 2

( 2 )

2) No available service data systems has been check to release Petitioner from his _7_ years of custody, after his release from his justify sentence to the INS custody On April 1ST. 1994 SINCE.

3) Petitioner is in custody in violetion of the constitution, laws, and treaties of The United States;

3a) The Essence of "Habeas Corpus" is to attack by a person ( such Petitioner ) in custody, The legality of the custody the traditional funtion of the writ is to secure release from illegal custody.

4) Petitioner is challenging his prolonged detention in custody, which violates his due process rights.

5) The District Director of _Philadelphia, PA._, in order to justify Petitioner's Detention argued that Petitioner's Detantion is necessary to prevent arise of flight or a threat to the community or both, without considering the opportunity of supervisory release or Parole the Petitioner to measure his Rehabilitation.

6) The prolonged detantion in the custody of The INS occur since April 1st. 1994 which is beyond the time of his original justification sentece which started On January 7th, 1987;

6a) Detantion is permissible during proceeding to determine the negotiation for their return to the country of the origin, but once repatriation to the aliens is not possible, the aliens are entitled to release from custody as INS deems proper without violetions.

WHEREFORE, Petitioner ask to this HONORABLE COURT to sostain the application for WRIT of HABEAS CORPUS as deems to the Honor Jodge.

Signed on _19_ day of _April_, 200_1_.

_____
Petitioner

