IN THE UNITED STATES DISTRICT COURT FOR THE

Middle DISTRICT of Pennsylvania

---

WILFREDO A. CORDERO SANCHEZ )
INS N°. A24-493 498 )
              Petitioner )
)
Vs. ) CASE N°. 1:CV01-0698
)
)
INS DISTRICT DIRECTOR FOR )
Philadelphia, PA. 19130 )
)
              Deffender )
---

NOTICE of MOTION TO PROCEED IN FORMA PAUPERIS.

DEAR HONORABLE CLERK, please, take notice that upon the declaretion of PETITIONER swarn to on the 19 day of April, 2001 a Motion will be made at a term of this court, for an order permitting to PETITIONER to pirsue this action as a poor person, upon the ground that said PETITIONER has insufficient income and property to enable him to pay the cost, fee, and expenses to pursue said action, and for such other and further relief as this Honorable Court may deem just and proper.

To Clerk

Signed this 19 day of April, 2001.

                                                   PETITIONER

IN THE UNITED STATES DISTRICT COURT FOR THE
Middle DISTRICT of Pennsylvania

------------------------------------)
WILFREDO A. CORDERO SANCHEZ        )
INS N°. A24-493 498                )    DECLARATION IN SUPPORT OF
_____                 )    REQUEST TO PROCEED IN FORMA
            Petitioner             )    PAUPERIS
                                   )
Vs.                                )
                                   )    CASE N°. _____
THE INS DISTRICT DIRECTOR FOR      )
Philadelphia, PA. 19130            )
_____                 )
            Respondent             )
------------------------------------)


I Wilfredo A. Cordero Sanchez, am the Petitioner in the above
captioner case, in support of any Motion to proceed without be-
ing required to prepay fees or cost or give security therefore,
I state that because of my poverty I am unable to pay the cost
of said proceeding or to give security therefore; that I believe
I am entitle to redress.

I declare that the responses which I have made below are true
and correct.

1) I am employing at the Job that bring me the salary wage of
    $ 32.00 per months, at the address of: UNICOR USP Allenwood,
P.O. Box 3500, White Deer, PA. 17887 phone; USP. Allenwood

2) I left not business, profession, form of self-employment,
    rent payment, life insurance payment, gift, or inheritance,
    or any others souces, behind while in the free society.

1 of 2

3) My small fund of Prison account , which not exceed more that $ __76.01__ dollars become the only way to support my familly in need. ( See Attached Sheet )

I understand that a false statement or answer to any question in this declaration will subject me to the penalties of perjury.

I declare under penalty of perjury that the foregoing is true and correct.

Dte of birth; __13/09/54__

Signed in this __19__ day of __April__, 200 __1__.

_____
Petitioner