④

Amo
5/11/01

Wilfredo A. Cordero Sánchez
INS N° A24-493 498
USP N° 05600-007
USP Allenwood,
P.O. Box 3000
White Deer, PA. 17887

To: Clerk of District Court of
Middle District of Pennsylvania.

Re: 1:01-CV-00698 Sanchez v. INS.
Kane/Riana

FILED
SCRANTON

MAY 0 3 2001

PER _____
DEPUTY CLERK

Dear Clerk,

I do not wish to have my case heard by a Magistrate Judge, Please forward it to the Assigned Judge Honorable Yvette Kane, thank you if you do.

Respectfully yours,

[signature]
Petitioner