**FILED**
HARRISBURG, PA

MAY 1 8 2001

MARY E. D'ANDREA, CLER
Per _____
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

WILFREDO A. CORDERO SANCHEZ            :
        Petitioner                     :
                                       :
        v.                             :   CIVIL NO.1:CV-01-0698
                                       :
                                       :   (Judge Kane)
INS DISTRICT DIRECTOR                  :
        Respondent                     :

**ORDER**

**Background**

This is a petition for a writ of habeas corpus filed under 28
U.S.C. § 2241. The financial affidavit accompanying the prisoner's
motion to proceed in forma pauperis indicates that he may not be
required to pay the full statutory filing fee of $5.00. Therefore,
temporary approval to proceed in forma pauperis will be granted so
the court may request from the warden or other appropriate official
a summary of the transactions in the petitioner's account for the
six (6) months preceding the filing of this petition.

The court may condition entitlement to proceed in forma
pauperis upon payment of a partial filing fee after consideration
of the income received within the six (6) month period preceding
submission of the petition, the present balance in the prisoner's
account, the average monthly balance in the prisoner's account and

other factors as may be brought to the court's attention.  <u>Jones v.</u>
<u>Zimmerman</u>, 752 F.2d 76, 78-79 (3d Cir. 1985); <u>Bullock v. Suomela</u>,
710 F.2d 102, 103 (3d Cir. 1983).  The partial filing fee to be
submitted shall not in any circumstances exceed 15% of the income
received by the prisoner within the preceding six (6) months.  <u>See</u>
<u>Evans v. Croom</u>, 650 F.2d 521, 522, 525 (4th Cir. 1982, <u>cert.</u>
<u>denied</u>, 454 U.S. 1153 (1982).

 The warden or other appropriate official will be directed to
provide this court with a record of the transactions, inflow and
outflow of funds through the prisoner's account, which occurred
within the preceding six (6) month period and advise the court of
the present balance in the prisoner's account.  The court shall be
advised whether the prisoner has institutional employment and, if
so, his average monthly income from the job.

 If the records are at another institution or if the records
are for some reason unavailable, this court should be so informed.

 NOW, THEREFORE, THIS *18th* DAY OF *MAY* , 2001, IT IS
ORDERED THAT:

 1. The petitioner is granted temporary leave
   to proceed <u>in forma pauperis</u>, pursuant to
   Title 28 of the United States Code, § 1915(a).

 2. Within ten (10) days of the date of this
   order, the warden or other appropriate
   official shall complete the attached affidavit
   form and provide the requested information to

the court.

3.    Pursuant to <u>Jones v. Zimmerman</u>, 752 F.2d 76

(3d Cir. 1985), the warden shall simultaneously

provide a copy of the completed affidavit to

the petitioner.

_____

YVETTE KANE
United States District Judge

3

## AFFIDAVIT

(To be completed by the appropriate prison official)

COMMONWEALTH OF PENNSYLVANIA        :
                                        :

                                             : CIVIL ACTION NO. _____

COUNTY OF _____        :


I, _____, being duly sworn, depose and say:


  (1)   I am employed as _____ at _____
         I have served in that capacity since _____, 19____

  (2)   The plaintiff, _____, Reg. No. _____
         is presently incarcerated at the said institution.

  (3)   The following is a listing of assets at the said institution
         belonging to plaintiff:

      a.  Prison account

           1.     Present balance:                  $_____

           2.     Total amount of deposits
                during six months preceding
                the filing of the complaint:   $_____

           3.     Average monthly balance:      $_____

           4.     Average monthly deposits:     $_____

      b.  Employment

           1.     Institutional employment:    $_____

           2.     Average monthly wage:        $_____

      c.  Other resources: _____

         _____

  (4)   I have attached a true and correct copy of the record of the
         transactions of the prisoner's account which occurred within the
         six months preceding the filing of the complaint.

  (5)   The above information set forth in this affidavit is true and
         correct to the best of my knowledge, information and belief.


                                           _____
                                         Signature

Sworn to and subscribed
before me this _____ day
of _____ , 19___.           Return to:

_____     United States District Court
     Notary Public                  235 N. Washington Avenue
My Commission Expires:           P.O. Box 1148
                                 Scranton, PA  18501-1148

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

May 18, 2001

Re:  1:01-cv-00698    Sanchez v. INS

True and correct copies of the attached were mailed by the clerk
to the following:

        Wilfredo A. Cordero Sanchez
        USP-ALLENWOOD
        Maximum Security Correct. Inst.
        05600-007
        P.O. Box 3000
        White Deer, PA   17887

cc:
Judge                            ( ✓ )           ( ✓ )  Pro Se Law Clerk
Magistrate Judge                 (   )           (   )  INS
U.S. Marshal                     (   )           (   )  Jury Clerk
Probation                        (   )
U.S. Attorney                    (   )
Atty. for Deft.                  (   )
Defendant                        (   )
Warden                           ( ✓ )
Bureau of Prisons                (   )
Ct Reporter                      (   )
Ctroom Deputy                    (   )
Orig-Security                    (   )
Federal Public Defender          (   )
Summons Issued                   (   )  with N/C attached to complt. and served by:
                                        U.S. Marshal (   )    Pltf's Attorney (   )

Standard Order 93-5              (   )
Order to Show Cause              (   )  with Petition attached & mailed certified mail
                                        to:  US Atty Gen   (   )   PA Atty Gen (   )
                                             DA of County  (   )   Respondents (   )

Bankruptcy Court                 (   )
Other_____    (   )

                                               MARY E. D'ANDREA, Clerk

DATE: ____5-18-01_____         BY: _____
                                               Deputy Clerk