# AFFIDAVIT

(To be completed by the appropriate prison official)

COMMONWEALTH OF PENNSYLVANIA

COUNTY OF **UNION**

CIVIL ACTION NO. **1:01-CV-00698**

I, **Wilfredo A. Cordero**, being duly sworn, depose and say:

(1) I am employed as **Upholstery** at **UNICOR**
   I have served in that capacity since _____, 19____

(2) The plaintiff, **Wilfredo A. Cordero**, Reg. No. **05600-007** is presently incarcerated at the said institution.

(3) The following is a listing of assets at the said institution belonging to plaintiff:

  a. Prison account

   1. Present balance: $ **72.41**

   2. Total amount of deposits during six months preceding the filing of the complaint: $ **6**

   3. Average monthly balance: $ **52.00**

   4. Average monthly deposits: $ **52.00**

  b. Employment

   1. Institutional employment: $ **52.00**

   2. Average monthly wage: $ **52.00**

  c. Other resources: **NONE**

(4) I have attached a true and correct copy of the record of the transactions of the prisoner's account which occurred within the six months preceding the filing of the complaint.

(5) The above information set forth in this affidavit is true and correct to the best of my knowledge, information and belief.

_____
Signature

Sworn to and subscribed before me this **23** day of **May**, **2001**.

_____
Notary Public
My Commission Expires:

Return to:

United States District Court
235 N. Washington Avenue
P.O. Box 1148