⑦
6-25-01
SC

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

WILFREDO A. CORDERO SANCHEZ,      :
                                  :
        Petitioner                :   CIVIL NO. 1:CV-01-0698
                                  :
    v.                            :   (Judge Kane)
                                  :
INS DISTRICT DIRECTOR,            :
                                  :
        Respondent                :

O R D E R

FILED
HARRISBURG, PA
JUN 2 2 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

**Background**

This is a petition for writ of habeas corpus filed under 28 U.S.C. § 2241 by Wilfredo A. Cordero Sanchez, an inmate currently incarcerated at the Allenwood United States Penitentiary, White Deer, Pennsylvania. The petition was accompanied by a motion to proceed in forma pauperis.

A report from Sanchez's inmate commissary, or trust fund, account supplied by prison officials shows that his present balance is $72.41. Federal law requires the petitioner in a habeas corpus action to pay a filing fee of $5.00. 28 U.S.C. § 1914(a). The court determines that Sanchez has sufficient resources to pay the entire amount. Accordingly, Sanchez will be directed to respond to this order in one of the four manners described below within

twenty (20) days. If he fails to respond to this order within twenty (20) days, his motion to proceed in forma pauperis will be denied and his action will be dismissed.

NOW, THEREFORE, THIS _22nd_ DAY OF JUNE, 2001, IT IS ORDERED THAT:

1. Within twenty (20) days of the date of this order the petitioner must send to "Clerk, U.S. District Court, P.O. Box 1148, Scranton, PA 18501," either:

   a. A check or money order in the amount of $5.00 payable to "Clerk, U.S. District Court"; if this fee is received, the prisoner's motion to proceed in forma pauperis will be denied as moot and service of the complaint will be ordered.

   b. A written request for a reasonable extension of time in which to make the payment.

   c. A written explanation demonstrating that he lacks access to sufficient funds to make the payment; the prisoner's explanation should include a statement of the source of the funds deposited in

      his trust fund, or commissary, account in the preceding six (6) months and reasons for the withdrawals, or

  d.  A written description of special circumstances which he believes warrant excusing him from paying the fee as indicated above.

2.  If the petitioner fails to respond to this order within twenty (20) days, his motion to proceed <u>in forma pauperis</u> will be denied and his action will be dismissed.

*/s/ Yvette Kane*
_____
YVETTE KANE
United States District Judge

YK:dlb

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

June 22, 2001

Re: 1:01-cv-00698    Sanchez v. INS

True and correct copies of the attached were mailed by the clerk to the following:

Wilfredo A. Cordero Sanchez
USP-ALLENWOOD
Maximum Security Correct. Inst.
05600-007
P.O. Box 3000
White Deer, PA  17887

cc:
Judge                             (✓)         (✓) Pro Se Law Clerk
Magistrate Judge                  ( )         ( ) INS
U.S. Marshal                      ( )         ( ) Jury Clerk
Probation                         ( )
U.S. Attorney                     ( )
Atty. for Deft.                   ( )
Defendant                         ( )
Warden                            ( )
Bureau of Prisons                 ( )
Ct Reporter                       ( )
Ctroom Deputy                     ( )
Orig-Security                     ( )
Federal Public Defender           ( )
Summons Issued                    ( )   with N/C attached to complt. and served by:
                                        U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5               ( )
Order to Show Cause               ( )   with Petition attached & mailed certified mail
                                        to: US Atty Gen   ( )    PA Atty Gen ( )
                                            DA of County  ( )    Respondents ( )
Bankruptcy Court                  ( )
Other_____      ( )

MARY E. D'ANDREA, Clerk

DATE: 6-22-01                           BY: _____
                                             Deputy Clerk