SCANNING

(8)
BG
7-25-01

```
Mon Jul  9 15:57:02 2001

      UNITED STATES DISTRICT COURT

      SCRANTON     , PA

Receipt No.   333 84337
Cashier          rich

Tender Type  CHECK

Check Number: 2221 08027202

Transaction Type   N

DØ Code    Div No      Acct
  4667        3        036900

Amount              $     5.00

WILFREDO CORDERO-SANCHEZ  005600007
(NO ADDRESS GIVEN)

PETN FOR WRIT OF H/C
```

Mon Jul  9 15:57:02 2001

Check No. 2221 08027202
Amount:    5.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667

—PAYMENT IDENTIFICATION DATA—

1-01-CV-698

FILED
SCRANTON

JUL 25 2001

PER _____
       DEPUTY CLERK