Sept. 18, 2001

⑨

Wilfredo A. Cordero
Re: 1:01-CV-00698
110 Madison St
Newark, N.J. 07105

FILED
SCRANTON

SEP 24 2001

PER _____
DEPUTY CLERK

To: Clerk's Office:

Please Dear Clerk I will like to inform you that I have a new address which is known above.

Respectfully yours,

*[signature]*