*See Attachment*

(10
9/28/0
1pm

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

WILFREDO A. CORDERO SANCHEZ, :
:
    Petitioner : CIVIL NO. 1:CV-01-0698
:
v. : (Judge Kane)
:
INS DISTRICT DIRECTOR, :
:
    Respondent :

FILED
HARRISBURG
SEP 27 2001
MARY E. D'ANDREA, CLERK
Per _____ DEPUTY CLERK

O R D E R

NOW, THIS 27th DAY OF SEPTEMBER, 2001, upon consideration of the facts that: (1) the above captioned petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 was filed by Wilfredo A. Cordero Sanchez, while a detainee of the Immigration and Naturalization Service ("INS") being held at the Allenwood United States Penitentiary, White Deer, Pennsylvania; (2) in his petition Sanchez seeks to be released on parole pending deportation; (3) this Court sua sponte contacted the prison and was informed that on September 17, 2001, the District Director released Sanchez from custody on parole, the relief he sought from this Court, IT IS HEREBY ORDERED THAT:

    1.    The petition for writ of habeas corpus is dismissed as moot.

Certified from the record
Date 9/27/01
Mary E. D'Andrea, Clerk
Per _____ Deputy Clerk

2.  The Clerk of Court is directed to close this case.

_____
YVETTE KANE
United States District Judge

YK:dlb

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

September 27, 2001

Re:  1:01-cv-00698    Sanchez v. INS

True and correct copies of the attached were mailed by the clerk to the following:

Wilfredo A. Cordero Sanchez
110 Madison Street
Newark, NJ  07105

CC:
Judge                          (✓)           (✓) Pro Se Law Clerk
Magistrate Judge               ( )           ( ) INS
U.S. Marshal                   ( )           ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  (✓)
Federal Public Defender        ( )
Summons Issued                 ( )  with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( )  with Petition attached & mailed certified mail
                                    to: US Atty Gen ( )   PA Atty Gen ( )
                                        DA of County ( )  Respondents ( )

Bankruptcy Court               ( )
Other _____  ( )

                                                    MARY E. D'ANDREA, Clerk

DATE:  9-27-01                              BY: _____
                                                    Deputy Clerk